NAVE GODDARD & CO. v. FRIEBERG, KLEIN & CO.

(No. 1591, Op. Book No. 3, p. 538.)

</div>

APPEAL from Dallas County.   Opinion by WHITE, P. J.

§ **173.** *Jurisdiction; trial of right of property.*   The district court has *exclusive* jurisdiction of trials of the right of property where the amount of the value of the property is equal to $500. [Const. art. V, secs. 8–16; R. S. 1164.]

<div align="right">Affirmed.</div>